UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

RICHARD BROWN,

          Defendant.
_____/

Administrative Order No. **11-052**
Case No. 1:11PT09

**ADMINISTRATIVE ORDER OF REASSIGNMENT**

WHEREAS, review of the above case reveals that it is related to another matter in this district, Case No. 1:99cr120, assigned to the Hon. Robert Holmes Bell. Pursuant to W.D. Mich LCrimR 56.5(d)(iii),

(B) Determination - When it appears to the Clerk that two or more cases may be related cases, they shall be referred to the magistrate judge assigned to the judge who has the earliest case to determine whether or not the cases are related. If related, the cases will be assigned to the same judge. If cases are found to be related cases after assignment to different judges, they may be reassigned by the Chief Judge to the judge having the related case earliest filed.

Therefore,

**IT IS ORDERED** that the Clerk of Court reassign this matter to the Honorable Robert Holmes Bell, of the United States District Court, Western District of Michigan.

**IT IS FURTHER ORDERED** that the Clerk of Court shall reassign another case to the Honorable Robert J. Jonker to take the place of this one.

Dated: May 27, 2011

Honorable Paul M. Maloney
Chief Judge, U.S. District Court